**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JEFFREY LEE VALENTINE                                                                    PLAINTIFF

v.                                             1:15CV00083-JLH-JJV

PHILLIP RYNOLDS, Sheriff,
Woodruff County; *et al.*                                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Jeffrey Lee Valentine ("Plaintiff") filed this action on July 21, 2015, (Doc. No. 1) without paying the statutory filing fee or submitting an Application to Proceed Without Prepayment of Fees and Affidavit ("Application").  On August 18, 2015, I directed Plaintiff to submit either the $400 filing fee or a completed Application within thirty days.  (Doc. No. 2.)  To date he has failed to comply, though there are several wrinkles worth noting.

The Clerk of Court did receive a $350 money order on August 17, 2015, from Ellesia Cornelious. Ms. Cornelious stated the money was for Plaintiff's "Woodruff County case." Attached to the money order was a document referencing another of Plaintiff's cases - 2:15-CV-00094-BSM-JJV - in which he had already been granted *in forma pauperis* status.  The Court returned that money order to Ms. Cornelious with a letter explaining that it could not be deposited without explicit instruction as to which case it pertained.  That money order has not been resubmitted.

On September 2, 2015, Plaintiff filed a Response (Doc. No. 4) in this case, arguing he did not understand my instruction to restrict his allegations to those arising out of a single occurrence. (*Id*. at 1.)  He also claimed that "the $350.00 dollar money order has been sent back to the courts." (*Id*.)  No money order has been received, but the statutory filing fee is $400.

2

Based on the foregoing, I recommend this action be dismissed without prejudice due to Plaintiff's failure to comply with my Order. If he intends to submit either the full filing fee or a compliant Application, he should indicate as much in his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1.      Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 22nd day of September, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE