# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JEFFREY LEE VALENTINE                                                   PLAINTIFF

v.                          1:15CV00083-JLH-JJV

PHILLIP RYNOLDS, Sheriff,
Woodruff County; *et al.*                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 14th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE